United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 5, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-30119
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DANA COLLETTE BEAUCHAMP,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Middle District of Louisiana
No. 3:05-CR-19-1
--------------------

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Dana Beau-champ has moved for leave to withdraw and has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967). Beauchamp has filed a response, which includes a claim of ineffective assistance. We do not reach that claim (about which we express no opinion), because the record has not been adequately developed to address it

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

on direct appeal.  See United States v. Sanchez-Pena, 336 F.3d 431, 445-46 (5th Cir. 2003).

Our independent review of the brief, the government's response, Beauchamp's response, and the record discloses no non-frivolous issue for appeal.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.  All remaining motions are DENIED.